IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VICKI LYNN LOVERN,

        Plaintiff,

v.                                              CIVIL ACTION NO.   2:14-cv-15423

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      Before the Court is Defendant's Motion to Remand [ECF 15].  On April 29, 2014, this action was referred to United States Magistrate Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").  Magistrate Judge Tinsley filed his PF&R [ECF 17] on April 22, 2015, recommending that this Court remand this case for further proceedings and dismiss this matter from the Court's docket.

      The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).  In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations."

*Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).  Objections to the PF&R were due on May 11, 2015.  To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [ECF 17], **REMANDS** this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk to remove this case from the Court's docket.  A separate Judgment Order will enter this day implementing the rulings contained herein.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

         ENTER:    May 15, 2015

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE